## LOVE V. THE STATE.

(Decided Dec. 8, 1910.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.

No counsel marked for either party.

SIMPSON, J.—No bill of exceptions and no error in the record.  Affirmed.

DOWDELL, C. J., McCLELLAN and MAYFIELD, JJ., concur.

---

## McCOY, ET AL. V. WEBB.

(Decided Nov. 30, 1910.)

APPEAL from Birmingham City Court.

Heard before Hon. H. A. SHARPE.

CABANISS & BOWIE, for appellant.  A. ST. C. ABRAMS, JOSEPH T. COLLINS, JR., and LONDON & LONDON, for appellee.

Per curiam.—Dismissed by agreement.

---

## MAGBY V. CITY OF ANNISTON.

(Decided Jan. 12, 1911.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

No counsel marked for either party.

Per curiam.—Affirmed on certificate.